# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TRAVELERS PROPERTY CASUALTY   :
COMPANY OF AMERICA,   :

  :

        Plaintiff,   :

    v.   :    **3:18-CV-00094**

  :    **(Judge Mariani)**

BOBRICK WASHROOM EQUIPMENT,   :
INC.,   :

  :

        Defendant.   :

## ORDER

**AND NOW, THIS** _12th_ **DAY OF JUNE, 2018**, this Court acknowledges receipt of

the parties' Proposed Stipulated Protective Order, (Doc. 50 at 4-16), recognizes the

document as an agreement between the parties, and will accordingly enforce it as such. In

doing so, this Court expresses no opinion as to the merits of the agreement and neither

approves nor disapproves of its contents. **ACCORDINGLY, IT IS HEREBY ORDERED**

**THAT** the parties' Proposed Stipulated Protective Order, (Doc. 50 at 4-16), is **ACCEPTED**.

 

 

_____
Robert D. Mariani
United States District Judge