UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BOBRICK WASHROOM EQIPMENT, INC.,<br><br>Defendant. | CIVIL ACTION NO. 3:18-cv-00094<br><br>(SAPORITO, J.) |

## ORDER

AND NOW, this 14th day of January, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** Travelers did <u>not</u> waive its attorney-client privilege and work-product protection by inadvertently disclosing 611 documents in response to Bobrick's first set of requests for production on September 27, 2018. We conclude that the disclosure of the 611 documents was inadvertent, that Travelers took reasonable steps to prevent the inadvertent disclosure,

- 2 -

and that Travelers took prompt and reasonable steps to rectify its error. *See* Fed. R. Evid. 502(b).


Dated: January 14, 2026     *s/Joseph F. Saporito, Jr.*
                            JOSEPH F. SAPORITO, JR.
                            United States District Judge